IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-633-GCM

HEATHER MAE YUMET,
        Plaintiff,

v.

PILGRIMS PRIDE CORPORATION,
        Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **C. Edward Rawl, Jr.,** filed December 13, 2013 [doc.# 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Rawl is admitted to appear before this court *pro hac vice* on behalf of defendant, Pilgrims Pride Corporation.

**IT IS SO ORDERED.**

Signed: December 20, 2013

Graham C. Mullen
United States District Judge